(Not for Publication) (Docket Entry No. 14, 15)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| MARIE V. TORTU, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 06-3952 (RBK) |
| | : | |
| A-1 QUALITY LIMOUSINE SERVICE; THE PARTY RIDE; BRUNILDA FELICIANO; and CYRIL TEEKASINGH, | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER HAVING COME BEFORE THE COURT** on the motion of Defendants A-1 Quality Limousine Service and Brunhilda Feliciano ("Defendants") for summary judgment on the Complaint of Plaintiff Marie Tortu ("Plaintiff"); and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the accompanying Opinion;

**IT IS HEREBY ORDERED** that Defendants' motion is **DENIED.**


Dated:   8-18-08                                                        /s/ Robert B. Kugler
                                                                        ROBERT B. KUGLER
                                                                        U.S. DISTRICT JUDGE